UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE RAMON GUERRERO LARA<br><br>Defendant | No. 25-cr-10111-JEK |

**DISMISSAL OF THE INDICTMENT**

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts hereby dismisses the indictment filed on March 27, 2025, which charges the defendant with unlawful reentry after deportation, in violation of 8 U.S.C. § 1326(a). In support of this dismissal, the government states that the defendant has been removed from the United States, and this dismissal is in the interests of justice.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Date: June 3, 2025

By: */s/ Sandra Gonzalez Sanchez*
Sandra Gonzalez Sanchez
Assistant U.S. Attorney

Leave to File Granted:

_____
Hon. Julia E. Kobick
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                               */s/ Sandra Gonzalez Sanchez*
                                               Sandra Gonzalez Sanchez
                                               Assistant United States Attorney

Date: June 3, 2025